**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7001**

———————

HARVEY P. SHORT,

                                        Plaintiff - Appellant,

        versus

JOHN DOE; PRESSIE BOYKIN, Probation Agent;
AUDREY E. MELBOURNE; WHITE, Assistant State
Attorney; JAY CREECH, Assistant State's
Attorney; PRINCE GEORGE'S COUNTY GOVERNMENT;
GOVERNOR OF THE STATE OF MARYLAND; WARDEN
SMITH; RICHARD A. LANHAM, JR.; SECRETARY OF
PUBLIC SAFETY, and Correctional Services;
WILLIAM D. MISSOURI; WILLIAM H. MCCULLOUGH;
ALEXANDER WILLIAMS, JR.; PRINCE GEORGE'S
COUNTY POLICE DEPARTMENT; JOHN DOE, State
Trooper #1; JOHN DOE, State Trooper #2;
WILLIAM DONALD SHAFFER, Governor; PARRIS N.
GLENDENING, Governor; BISHOP L. ROBINSON; JANE
DOE, Commitment Office Manager; US AIR GROUP,
INCORPORATED; SHERIFF PENDERGRASS; CAPTAIN
HARVEY; PATUXENT INSTITUTION, Superintendent;
MARYLAND CORRECTIONAL TRAINING CENTER, Warden;
MARYLAND RECEPTION, DIAGNOSTIC AND
CLASSIFICATION INSTITUTE; SUPER FRESH FOOD
MARKETS OF MARYLAND, INCORPORATED; 7-ELEVEN,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(8:06-cv-02217-DKC)

———————

Submitted: October 18, 2007          Decided: October 25, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Harvey P. Short, Appellant Pro Se.  Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Short v. Doe</u>, No. 8:06-cv-02217-DKC (D. Md. June 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>